# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CURTIS RAYMOND WILSON II, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) 3:14-cv-166-MMD-WGC<br>) |
| RENO POLICE DEPT. et al., | ) **ORDER**<br>) |
| Defendants. | )<br>) |

## I.  DISCUSSION

Plaintiff, who was incarcerated at the time he initiated this case, has submitted a civil rights complaint pursuant to 42 U.S.C. § 1983 and has filed a subsequent application to proceed *in forma pauperis* pursuant to this Court's April 23, 2014, order. (ECF No. 1-1, 5, 6). In this Court's April 23, 2014 order, this Court directed Plaintiff to either "file a fully complete application to proceed *in forma pauperis* for non-prisoners" or "pay the full filing fee of $400." (ECF No. 5 at 2).

In response, Plaintiff has submitted an incomplete application to proceed *in forma pauperis* for prisoners. (ECF No. 6). As such, the *in forma pauperis* application for prisoners is denied without prejudice. The Court will retain Plaintiff's civil rights complaint (ECF No. 1-1), but will not file it until the matter of the payment of the filing fee is resolved. Plaintiff will be granted an opportunity to cure the deficiencies of his application to proceed *in forma pauperis*, or in the alternative, pay the full filing fee for this action. If Plaintiff chooses to file a new application to proceed *in forma pauperis* he must file a fully complete application to proceed *in forma pauperis* for non-prisoners.

## II.  CONCLUSION

For the foregoing reasons, IT IS ORDERED that Plaintiff's application to proceed *in forma pauperis* (ECF No. 6) is DENIED without prejudice to file a new application.

IT IS FURTHER ORDERED that the Clerk of the Court SHALL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that within **thirty (30) days** from the date of this order, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners on the correct form in compliance with 28 U.S.C. § 1915(a); or (2) pay the full filing fee of $400.

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, dismissal of this action may result.

IT IS FURTHER ORDERED that the Clerk of the Court shall retain the complaint (ECF No. 1-1), but shall not file it at this time.

DATED: This __1st__ day of May, 2014.

_____
United States Magistrate Judge